```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13212
    WILMATINE DE BOW
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-6451


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/24/2007 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 11/01/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
WILSHIRE CREDIT CORP     CURRENT MORTG         .00            .00           .00
WILSHIRE CREDIT CORP     MORTGAGE ARRE     9000.00            .00           .00
WILL COUNTY TREASURER    SECURED           2400.00            .00         60.00
AQUA ILLINOIS INC        SECURED            490.00            .00         60.00
CBE GROUP                UNSECURED        NOT FILED           .00           .00
COMMONWEALTH EDISON      UNSECURED         1002.70            .00           .00
CRED PROTECTION ASSOCIAT UNSECURED        NOT FILED           .00           .00
CREDITORS COLLECTION BUR UNSECURED        NOT FILED           .00           .00
CREDTRS COLL             UNSECURED        NOT FILED           .00           .00
CREDTRS COLL             UNSECURED        NOT FILED           .00           .00
CREDTRS COLL             UNSECURED        NOT FILED           .00           .00
GC SERVICES              UNSECURED        NOT FILED           .00           .00
ILLINOIS COLLECTION SERV UNSECURED        NOT FILED           .00           .00
ILLINOIS COLLECTION SERV UNSECURED        NOT FILED           .00           .00
ILLINOIS COLLECTION SERV UNSECURED        NOT FILED           .00           .00
MIDWEST PHYSICIANS GROUP UNSECURED          598.00            .00           .00
LVNV FUNDING             UNSECURED        NOT FILED           .00           .00
MUTUAL HOSPITAL SERVICES UNSECURED        NOT FILED           .00           .00
NATIONWIDE CREDIT CO     UNSECURED        NOT FILED           .00           .00
INOVISION                UNSECURED        NOT FILED           .00           .00
NICOR GAS                UNSECURED        NOT FILED           .00           .00
NICOR GAS                UNSECURED        NOT FILED           .00           .00
PELLETTIERI & ASSOC      UNSECURED        NOT FILED           .00           .00
PENTAGROUP FINANCIAL LLC UNSECURED        NOT FILED           .00           .00
SCHREIBER & ASSOC        UNSECURED         4382.65            .00           .00
ROUNDUP FUNDING LLC      UNSECURED          371.20            .00           .00
US DEPT OF EDUCATION     UNSECURED        28276.77            .00           .00
CREDITORS COLLECTION BUR UNSECURED         1473.00            .00           .00
FORD MOTOR CREDIT        UNSECURED        17101.52            .00           .00
ROUNDUP FUNDING LLC      UNSECURED             .00            .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                           8.21
DEBTOR REFUND            REFUND                                             .00


        Summary of Receipts and Disbursements:

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13212 WILMATINE DE BOW
```

```
------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    128.21

PRIORITY                                            .00
SECURED                                          120.00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                               8.21
DEBTOR REFUND                                       .00
                         ---------------   ---------------
TOTALS                     128.21              128.21
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/27/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE